UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AMANEE LATRICE MAYS,

    Defendant.
_____/

Hon. Paul L. Maloney

Case No. 1:24-cr-102

**ORDER OF DETENTION**

Defendant appeared before me on July 22, 2024, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f).  After being advised of her rights, including those attendant to a bond hearing, defendant waived her right to the hearing. I find that her waiver was knowingly and voluntarily entered.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on July 22, 2024.

                                          /s/ Sally J. Berens
                                          SALLY J. BERENS
                                          U.S. Magistrate Judge